UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| JAQUALYN LABRAN JACKSON, | § | |
| (TDCJ No. 1831393), | § | |
| | § | |
| Petitioner, | § | |
| | § | |
| V. | § | No. 3:15-cv-2242-B-BN |
| | § | |
| WILLIAM STEPHENS, Director | § | |
| Texas Department of Criminal Justice | § | |
| Correctional Institutions Division, | § | |
| | § | |
| Respondent. | § | |

ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF
THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case. No objections were filed. The District Court reviewed the proposed findings, conclusions, and recommendation for plain error. Finding none, the Court **ACCEPTS** the Findings, Conclusions, and Recommendation of the United States Magistrate Judge.

Accordingly, Petitioner is ordered to pay the statutory filing fee of $5.00 within **21 days** of the date of this order. If he does not, he is **WARNED** that his case will be dismissed without prejudice for failure to prosecute and obey orders of the Court, pursuant to Federal Rule of Civil Procedure 41(b), without further order.

SO ORDERED.

DATE: SEPTEMBER 10, 2015

_____
JANE J. BOYLE
UNITED STATES DISTRICT JUDGE